```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE F99-0029--CV (JWS)
                            "JANET DAVID V NORTH SLOPE BOROUGH ET AL"

                       Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 08/31/99
             Closed: 08/05/04

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 08/31/99 receipt # 40000000
           Trial by: Jury
```

```
Parties of Record:                                   Counsel of Record:

PLF 1.1            DAVID, JANET                      Kenneth L. Covell
                                                     712 8th Avenue
                                                     Fairbanks, AK 99701
                                                     907-452-4377
                                                     FAX 907-451-7802

DEF 1.1            NORTH SLOPE BOROUGH               William A. Earnhart
                                                     Lane Powell et al
                                                     301 W. Northern Lights, #301
                                                     Anchorage, AK 99503-2648
                                                     907-277-9511
                                                     FAX 907-276-2631

DEF 2.1            NAGEAK, BENJAMIN                  William A. Earnhart
                                                     (see above)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE F99-0029--CV (JWS)
                              "JANET DAVID V NORTH SLOPE BOROUGH ET AL"

                                      For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 08/31/99
            Closed: 08/05/04

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 08/31/99 receipt # 40000000
          Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 08/31/99 | Complaint filed; Summons issued. |
| 2 - | 1 | 08/31/99 | PLF 1 Jury Demand. |
| 3 - | 1 | 09/08/99 | HRH Minute Order that by agreement of the judges this case is reassigned to Judge Sedwick for all further proceedings. Use case number F99-0029 CV (JWS) on all future filings. cc: cnsl, Judge Sedwick |
| 4 - | 1 | 09/09/99 | DEF 1-2 Attorney Appearance. |
| 5 - | 1 | 10/06/99 | DEF 1-2 Answer to Complaint. |
| 6 - | 1 | 10/12/99 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 7 - | 1 | 11/02/99 | PLF 1; DEF 1-2 Stipulation of the parties re: report of parties due 11/5/99. |
| 7 - | 2 | 11/08/99 | JWS Order approving stip. cc: cnsl |
| 8 - | 1 | 11/08/99 | PLF 1; DEF 1-2 Response to Order re: Initial case status report. |
| 9 - | 1 | 12/02/99 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 09/01/00; Disp mots ddln 10/01/00; 5 day TBJ estimate. cc: cnsl |
| 10 - | 1 | 02/23/00 | PLF 1 (Preliminary) Witness List. |
| 11 - | 1 | 03/21/00 | PLF 1; DEF 1-2 Stipulation to continue expert witness report ddlns until 8/15/00. |
| 12 - | 1 | 03/27/00 | JWS Order GRANTING stip (11-1). cc: cnsl |
| 13 - | 1 | 04/17/00 | DEF 1-2 Preliminary Witness List. |
| 14 - | 1 | 05/01/00 | PLF 1 Witness List. |
| 15 - | 1 | 09/06/00 | DEF 1-2 Joint Status Report. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F99-0029--CV (JWS)
                       "JANET DAVID V NORTH SLOPE BOROUGH ET AL"

                              For all filing dates
```

```
Document #    Filed     Docket text

   16 -   1  09/11/00  JWS Minute Order suspending all pretrial ddlns; joint prop schedule due
                       60 days after Ak Supreme Crt rules on 9CCA referral in N98-004 CV. cc:
                       cnsl

   17 -   1  06/11/02  JWS Minute Order that joint stat rpt due 6/25/02 re: certification. cc:
                       cnsl

   18 -   1  06/14/02  DEF 1-2 Ntc re: change of cnsl from Dale House (LANE) to W. Earnhart
                       (LANE).

   19 -   1  06/14/02  DEF 1-2 Joint Status Report re: appeals status.

   20 -   1  03/06/03  JWS Minute Order that parties file stat rpt by 4/28/03. cc: cnsl

   21 -   1  03/10/03  DEF 1-2 Joint Status Report re: appeals status.

   22 -   1  03/27/03  DEF 1-2 Address Change Notice.

   23 -   1  05/28/03  PLF 1 Notice regarding Alaska Supreme Court decision of 5/16/03.

   24 -   1  05/30/03  JWS Minute Order that joint stat rpt due by 6/30/03 re: concluding case.
                       cc: cnsl

   25 -   1  06/30/03  DEF 1-2 Joint Status Report.

   26 -   1  08/25/03  JWS Minute Order that parties shall file joint stat rpt by 10/3/03
                       w/prop schedule for pre-trial activities. cc: cnsl

   27 -   1  10/03/03  DEF 1-2 Report re: status.

   28 -   1  11/03/03  JWS Minute Order adopting stat rpt; disc to close 11/30/04; disp mots
                       ddln 12/30/04. cc: cnsl

   29 -   1  11/10/03  PLF 1 motion for order to bifurcate trial and/or otherwise establish
                       procedure for compensation of taxes awarded on attorney fees w/att memo.

   30 -   1  11/12/03  DEF 1-2 qualified non-opposition to PLF 1 motion for order to bifurcate
                       trial and/or otherwise establish procedure for compensation of taxes
                       awarded on attorney fees (29-1).

   31 -   1  12/05/03  JWS Minute Order terminating in light of this order: motion for order to
                       bifurcate trial and/or otherwise establish procedure for (29-1); any
                       costs or fees related to appeal will be addressed at conclusion of case.
                       cc: cnsl

   32 -   1  02/26/04  PLF 1 motion for Partial Summary Judgment w/att memo.

   33 -   1  03/15/04  DEF 1-2 motion for 5 day extension of time to file response to
                       plaintiff's motion for partial summary judgment.

   34 -   1  03/17/04  RRB Order granting mot for 5 day ext of time to file response to plf's
                       mot for part sj (33-1); oppo due 3/19/04. cc: cnsl

   35 -   1  03/19/04  DEF 1-2 opposition to PLF 1 motion for Partial Summary Judgment (32-1).

   36 -   1  03/30/04  PLF 1 motion and memorandum of law for partial summary judgment as to
                       count 4.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE F99-0029--CV (JWS)
                     "JANET DAVID V NORTH SLOPE BOROUGH ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 37 - 1 | 03/30/04 | PLF 1 reply to opposition to PLF 1 motion for Partial Summary Judgmen(32-1). |
| 38 - 1 | 04/20/04 | DEF 1-2 Unopposed motion to accept one-day late filing of the opposition to plaintiff's motion for partial summary judgment as to count 4. |
| 39 - 1 | 04/20/04 | PLF 1 Notice of supplemental authority in support of plaintiff David's motion and memorandum of law for partial summary judgment as to Count 3. |
| 40 - 1 | 04/21/04 | JWS Order granting unopposed motion to accept one-day late filing of the opposition to plf's mot for partial sj (38-1).  cc: cnsl |
| 41 - 1 | 04/21/04 | DEF 1-2 opposition to PLF 1 motion and memorandum of law for partial summary judgment as to count 4. (36-1) |
| 42 - 1 | 04/26/04 | PLF 1 reply to opposition to PLF 1 motion and memorandum of law for partial summary judgment as to count 4 (36-1). |
| 43 - 1 | 05/13/04 | JWS Order granting mot for part sj (32-1), mot for part sj as to count 4 (36-1). cc: cnsl |
| 44 - 1 | 05/17/04 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 45 - 1 | 05/20/04 | DEF 1-2 motion for reconsideration of a portion of the order of 5/13/04 at dkt 43 w/att exh. |
| 46 - 1 | 05/20/04 | PLF 1 Notice (Certification) of readiness for trial. |
| 47 - 1 | 05/24/04 | JWS Minute Order that plf to file response to mot for part reconsideration of crt's order at dkt 43 by 06/07/04; no reply shall be fld unless requested by crt. cc: cnsl |
| 48 - 1 | 06/04/04 | PLF 1 opposition to DEF 1-2 motion for reconsideration of a portion of the order of 5/13/04 at dkt 43 w/att exh (45-1). |
| 49 - 1 | 06/07/04 | JWS Minute Order denying mot for reconsideration of a portion of the ord of 5/13/04 at dkt 43 (45-1). cc: cnsl |
| 50 - 1 | 06/07/04 | JWS Minute Order re: certification of readiness for trial; crt to enter ord in future setting trial on 9/13/04. cc: cnsl |
| 51 - 1 | 06/08/04 | JWS Minute Order amending ord at dkt 28; disp mots ddln set 06/01/04. cc: cnsl |
| 52 - 1 | 06/08/04 | JWS Order for pre-trial proceedings & FPTC; FPTC set 09/13/04 at 8:30 a.m. at Fairbanks; exh rvw to held by 7/19/04; trial docs due 9/1/04; 3 day TBJ set 9/13/04 at 9:00 a.m. at Fairbanks. cc: cnsl, ECR, Divisional Deputy, JC |
| 53 - 1 | 08/03/04 | PLF 1; DEF 1-2 Stipulation DEF 1 & 2 shall pay plf $70,000.00 & atty fees of $24,500.00 |
| 53 - 2 | 08/05/04 | JWS Order approving stip that DEF 1 & 2 shall pay plf $70,000.00 & atty fees of $24,500 (53-1); 9/13/04 FPTC & TBJ @ Fairbanks are vacated. cc: cnsl, JC, ECR, Divisional Deputy |

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│              CIVIL DOCKET ENTRIES FOR CASE F99-0029--CV (JWS)            │
│                 "JANET DAVID V NORTH SLOPE BOROUGH ET AL"                │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                          │
└─────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| 54 - 1 | 08/18/04 | PLF 1 Notice of filing stipulation for entry of part relief & retained jurisdiction w/entry of allocation of damages. |
| 55 - 1 | 08/23/04 | PLF 1 Notice of filing attorney's lien. |